# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MALIBU MEDIA, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN DOE subscriber assigned IP address ) <br> 76.29.120.118, ) <br> ) <br> Defendant. ) <br> ) | Civil Action Case No. 1:13-cv-07312 <br><br> Judge Dow |

## STATUS REPORT

On October 24, 2013, Plaintiff was granted leave to serve a third party subpoena on Defendant's ISP, Comcast Cable Communications Management, LLC, to obtain the Defendant's true identity [CM/ECF 8]. Plaintiff effectuated service of the subpoena on October 29, 2013, and received the ISP's response on December 19, 2013. Plaintiff is in the process of reviewing the file to determine whether it will proceed with its case against Defendant.

1. Dated: January 27, 2014

Respectfully submitted,

SCHULZ LAW, P.C.

By: /s/ *Mary K. Schulz*
Mary K. Schulz, Esq.
1144 E. State Street, Suite A260
Geneva, Il 60134
Tel: (224) 535-9510
Fax: (224) 535-9501
Email: schulzlaw@me.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 27, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                By:    /s/ *Mary K. Schulz*